# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

RECEIVED
JUN 04 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Case No. 3:25-CV-00111-SLG
*(to be filled in by the Clerk's Office)*

STEVEN GREGORY BLOUIN
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

RICKY B. LANDEIS
ERIC AUTEN
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: STEVEN GREGORY BLEVINS
All other names by which you have been known: NONE
ID Number: 289050
Current Institution: GOOSE CREEK CORRECTIONAL CENTER
Address: 22301 WEST ACSOP
WASILLA, Alaska 99623
City / State / Zip Code

### B. The Defendant(s)   P.O. RILEY B. LANDIS    P.O. ERIC AUTEN

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: ERIC AUTEN
Job or Title *(if known)*: PUBLIC DEFENDER
Shield Number:
Employer: ANCHORAGE PUBLIC DEFENDER AGENCY
Address: 900 WEST 5TH AVENUE
ANCHORAGE, ALASKA 99501-2090
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: RILEY B. LANDIS
Job or Title *(if known)*: PAROLE OFFICER
Shield Number: PAROLE OFFICER
Employer: ALASK PAROLE, PROBATION OFFICE
Address: 900 WEST 5TH AVENUE
ANCHORAGE, ALASKA 99501-2090
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

        *City*      *State*      *Zip Code*
    ☐ Individual capacity      ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

        *City*      *State*      *Zip Code*
    ☐ Individual capacity      ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        SEE ATTACHED "BASIS FOR JURISDIKTION"

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED "BASIS FOR JURISDICTION"

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim** — SEE ATTACHED PAGE

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

COLD WEATHER SHELTER THRU BEANS CAFE, 7/17/24

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE — 3/14/25

C. What date and approximate time did the events giving rise to your claim(s) occur?

7/16 - 7/17/24  8:00 pm TO 2:00 pm

MARCH-14-25  9:00 am to 5:00 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

JUDGE IAN WHEELES ASSIGNED PUBLIC DEFENDER ERIC AULTEN TO REPRESENT ME ON MY POST-CONVICTION RELIEF

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

BEING THROWN OUT OF C.W.S. 400 LBS SOMAN STOMPED ON MY BARE RIGHT FOOT. X-RAYS AND PAIN PILLS AS NEEDED. AFTER 30 YEARS OF CONTINUAL INCARCERATIO. P.O. LANDEIS ARRESTED ME UNDER FALSE CLAIM. MUCH EMOTIONAL HARM, NO TREATMENT AVAILABLE.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. PROVIDE LEGAL COUNSEL IMMEDIATELY. PROVIDE PUNITIVE DAMAGES FROM 7/17/24 TO TIME OF DISSION. # @ THIS TIME $3,057.5?? FOR TAKING ME OUT OF MY LIFE, MY COMMUNITY, MY CHURCH FAMILY, AWAY FROM MY WOMAN FOR NEARLY A YEAR, FOR REPORTING TO MY P.O. A.S.A.P.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☑ No    BOTH

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

GOOSE CREEK CORRECTIONAL CENTER AND ANCHORAGE CORRECTIONAL COMPLEX EAST

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

CLAIMS AROSE OUTSIDE A CORRECTIONAL INSTUTION

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: ALL ADMINISTRATION, SECURITY, MEDICAL AND M/H. OVER 9 MONTHS AND CONTINUING, VERBAL, AND BY R.F.I. CANT INTERCEED, NO RESPONSE.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I SENT 100'S OF R.F.I.'S AND GOT LITTLE TO NO RESPONSE

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

    3. Docket or index number

_____

    4. Name of Judge assigned to your case

_____

    5. Approximate date of filing lawsuit

_____

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/22/25

Signature of Plaintiff: *Steven Gregory Blevins*
Printed Name of Plaintiff: STEVEN GREGORY BLEVINS
Prison Identification #: 289050
Prison Address: 22301 WEST ALSOP ROAD
WASILLA, Alaska 99623

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

① 

IV. STATEMENT OF CLAIM

BODILY THROWN OUT OF C.W.S. @ 3:30 am 7/17/24. FOOT INJURED. WALKING 5½ HRS TO PROVIDENCE MEDICAL CENTER. RIDING PUBLIC BUS DOWNTOWN. WALKING TO P.O.'S OFFICE. ARRIVING @ 2:00 pm. HOOKED-UP, AND DELIVERED TO ACI-EAST @ 2:30 pm. GOING BEFORE "TH BOARD OF PARDONS & PAROLE" 09-11-24. HAVING MY PAROLE REVOKED, AND IMPOSE 5479 DAYS OF INCARCERATION. MY APPEAL TO TH "DIRECTOR OF INSTITUTIONS" BY P.O. DASH. @ ACI-WEST 11/22/24. NO ACKNOWLEDGMENT — NEVER CAME BACK. GOING BEFORE TH "BOARD OF PSYCHOTROPIC MEDICATION" 12/06/2024. FOUND TO BE IN NEED OF INVOLUNTARY MEDICATION'S. APPEAL SENT BY ME TO "DIRECTOR OF HEALTH & REHABILITATION" BECAUSE P.O. DASH PROVIDED PACKET ON A FRIDAY W/NONE OF TH PAPERWORK REQUIRED, AND ONLY 48 HRS. TO RESPOND. NO ACKNOWLEDGMENT — NEVER CAME BACK.

*Steven G. Blain* (signature)

WHILE INCARCERATED PUBLIC DEFENDER ERIC AUTEN WAS APPOINTED BY JUDGE IAN WHEELES, TO REPRESENT ME ON MY POST-CONVICTION RELIEF 3-14-25. I SENT HIM THREE LETTERS TO CONTACT ME, ONE LETTER TO HIS SUPERVISOR ARIEL TOFT, ONE LETTER TO APPOINTING JUDGE IAN WHEELER. HE HAS NOT CONTACTED ME TO DATE OF POSTING.

Steven D. Blevin 05/04/25

# BASIS FOR JURISDICTION

**Item B** P.O. LANDEIS VIOLATED THESE RIGHTS
① INCARCERATED ME ILLEGALLY
U.S. CONSTITUTION
14TH Amendment

P.D. ERIC ANTON VIOLATED THESE RIGHTS.
ALASKA COURT RULES
PROFESSIONAL CONDUCT
Rule 1.3. DILIGENCE
Rule 3.2. EXPEDITING LITIGATION

"Color of Law"

**Item D** P.O LANDEIS ACTING AS STATE PAROLE OFFICER
ACTING AS MY ALASKA STATE PAROLE OFFICER,
HE ARRESTED ME FOR REPORTING TOO HIM ASAP.
AFTER BEING PSYICLY THROWN OUT OF "COLD
WEATHER SHELTER"

P.D. ERIC ANTON, ACTING AS MY PUBLIC
DEFENDER — HAS NOT CONTACTED ME AS OF
POSTING DATE.

www.PrintablePaper.net

STEVEN G. BLEVINS #289050
GOOSE CREEK CORRECTIONAL CENTER
22301 WEST ALSO ROAD
WASILLA, ALASKA 99623



U.S. DISTRICT COURT
222 WEST 7TH AVENUE
ANCHORAGE, ALASKA
99513